UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                18-cr-826 (PKC)

      -against-

                                                <u>ORDER</u>

ANGEL PEREZ,

                    Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

      Mark Gombiner of Federal Defenders is reappointed as counsel to Mr. Perez.

      The Court will Order an updated and revised PSR premised upon the assumption that the conviction on Count Two will be vacated at the time of resentencing.

      Resentencing is set for September 18, 2024 at 11:00 a.m. in Courtroom 11D.

      SO ORDERED.

                                                  P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
        May 10, 2024